# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANNY COLEMAN,
        Plaintiff,

v.                                      Case No. 07C0013

KENOSHA STEEL CASTING, INC.
and RICH FLAHIVE,
        Defendants.

## ORDER

On June 22, 2007, I issued a scheduling order for this case pursuant to the parties stipulated discovery plan. The order provided for a discovery deadline of December 14, 2007 and a dispositive motion deadline of January 18, 2008. To date, neither party has moved for modification of the schedule, filed a dispositive motion or asked for a trial date. In order to ascertain the status of this case,

**IT IS ORDERED** that the parties shall inform the court of the status of this action within ten days of the date of this order.

Dated at Milwaukee, Wisconsin, this 3 day of March, 2008.

                                            /s
                                            LYNN ADELMAN
                                            District Judge